FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ISIDRO GOMEZ-LEPE,<br><br>    Defendant. | No. 2:98-CR-02036-SAB-1<br><br>**ORDER DISMISSING SUPERSEDING INDICTMENT AND QUASHING WARRANT** |

Before the Court is the Government's Motion to Dismiss Indictment, ECF No. 185. The Government is represented by Letitia Sikes. Defendant has been on abscond status since 2007 and has thus not been appointed counsel with regards to supervised release in this matter.

The Government asks this Court to dismiss the Superseding Indictment filed in the above-captioned case "without prejudice and in the interest of justice."

In light of Defendant absconding for nearly two decades and the public interest in preserving judicial resources, the motion is **granted**. *See United States v. Weber*, 721 F.2d 266 (9th Cir. 1983) (dismissal appropriate even after trial and sentencing, so long as dismissal was not "clearly contrary to manifest public interest").

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to Federal Rule of Criminal Procedure 48(a), the

**ORDER DISMISSING SUPERSEDING INDICTMENT AND QUASHING WARRANT** # 1

Government's Motion to Dismiss Indictment, ECF No. 185, is **GRANTED**.

    2.    The Superseding Indictment filed in the above-captioned case, ECF No. 134, is **DISMISSED WITHOUT PREJUDICE**.

    3.    The Arrest Warrant, ECF No. 181, is **QUASHED**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **close** the file.

**DATED** this 23rd day of September 2025.



Stan Bastian
Chief United States District Judge

**ORDER DISMISSING SUPERSEDING INDICTMENT AND QUASHING WARRANT** # 2